IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kleespie Tank and Petroleum Equipment Company, Inc.,

Plaintiff,

v.

Dataworks Corporation,

Defendant.

COURT FILE NO. 00-CV-735 ADM/RLE

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO RESPOND TO COMPLAINT**

To: The Honorable Ann D. Montgomery:

IT IS HEREBY stipulated by the undersigned counsel that Defendant Dataworks Corporation be permitted an extension up to and including June 26, 2000, to file a response to the Complaint in the above-entitled action.

MOSS & BARNETT
A Professional Association

Dated: June 12, 2000

By Peter A. Koller
Peter A. Koller, (#150459)
Philip J. Young (#283368)
4800 Norwest Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300
Attorneys for Defendant

FILED JUN 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FLUEGEL, HELSETH, McLAUGHLIN,
ANDERSON & BRUTLAG, chartered

Dated: June 9, 2000

By Amy J. Doll
Warren C. Anderson (#2483)
Amy J. Doll (#237899)
215 Atlantic Ave., Box 527
Morris, MN 56267
Telephone: (320) 589-4151
Attorneys for Plaintiff

IT IS ORDERED:

June 13, 2000.

The Honorable Ann D. Montgomery
Judge/U.S. District Court

341081/1