**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kleespie Tank and Petroleum Equipment Company, Inc.,

Plaintiff,

vs.

Dataworks Corp.,

Defendant.

**ORDER**
Civil No. 00-735 ADM/RLE

---

Warrenn Anderson, Esq., Fluegel, Helseth, McLaughlin, Anderson & Brutlag, Chtd., Morris, Minnesota, appeared for and on behalf of the Plaintiff.

Peter A. Koller, Esq., Moss & Barnett, Minneapolis, Minnesota, appeared for and on behalf of the Defendant.

---

On September 25, 2000, the undersigned United States District Judge heard Defendant's Motion to Transfer [Doc. No. 5-2].

Based upon the arguments of counsel, together with all the files, records and proceedings, and for reasons expressed at the conclusion of oral argument on the motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Transfer this action to the United States District Court for the Southern District of California is granted and this action shall be transferred to the United States District Court for the Southern District of California.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2000

FILED 9.25.00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________